IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA

v.  No. 2:20-CR-00063-01-JM

ANTHONY ANTWON LEWIS

**ORDER**

Defendant's Motions to Reduce Sentence and for Copies (Doc. Nos. 73, 74) are DENIED.

The Court applied Amendment 821 to Defendant's case when he was sentenced on October 4, 2023.

Additionally, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, he is not entitled to relief.[2]

If Defendant wants copies of transcripts, he should contact the court reporter about the estimated cost of the transcript. Her contact information is:

> Ms. Karen Dellinger
> Richard Sheppard Arnold Courthouse
> 500 West Capitol Ave, Rm. C412
> Little Rock, AR 72201
> 501-604-5125
> Karen_Dellinger@ared.uscourts.gov

IT IS SO ORDERED this 9th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 53.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

1